Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Charles J. Lee, Bar No. 13523
charles.lee@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA REYES, an individual;<br><br>Plaintiff,<br><br>v.<br><br>DIGNITY HEALTH; a Foreign Corporation; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:15-cv-00132-JAD-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The undersigned parties, by and through their respective counsel of record, stipulate and agree that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 15th day of May, 2015.

| ESTEBAN-TRINIDAD LAW, P.C. | JACKSON LEWIS P.C. |
|---|---|
| /s/ M. Lani Esteban-Trinidad<br>M. Lani Esteban-Trinidad Bar # 6967<br>4315 N. Rancho Drive, Ste. 110<br>Las Vegas, Nevada 89130 | /s/ Elayna J. Youchah<br>Elayna J. Youchah, Bar # 5837<br>Charles J. Lee, Bar # 13523<br>3800 Howard Hughes Parkway, Ste. 600<br>Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

### ORDER

IT IS SO ORDERED. The Clerk of Court is instructed to close this case.

Dated: May 18, 2015.

_____
UNITED STATES DISTRICT JUDGE